697 A.2d 542

STEPHEN J. SCHWARTZ, ET AL. v. MARTIN E. DOLLINGER, ET AL.

July 16, 1997.

ORDERED that the petition for certification is granted, the judgment of the Appellate Division is summarily reversed, and the matter is remanded to the Law Division for trial. See *Olds v. Donnelly*, 150 *N.J.* 424, 696 *A.*2d 633 (1997).

697 A.2d 542

BERNICE GORALCZYK v. NESTOR L. OLESNYCKY.

July 16, 1997.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in the light of *Olds v. Donnelly*, 150 *N.J.* 424, 696 *A.*2d 633 (1997) and *Karpovich v. Barbarula*, 150 N.J. 473, 696 *A.*2d 659 (1997).

697 A.2d 542

ROBERT JABLONSKI, ET AL. v. ROBINSON, WAYNE, LEVIN, RICCO, & LASALA, ETC., ET AL.

July 16, 1997.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Appellate Division for reconsideration in the light of *Olds v. Donnelly*, 150 *N.J.* 424, 696 *A.*2d 633 (1997).